ELLEN F. ROSENBLUM
Attorney General
SHANNON M. VINCENT  #054700
Senior Assistant Attorney General
NATHANIEL AGGREY  #172283
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  shannon.m.vincent@doj.state.or.us
        nathaniel.aggrey@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RAFAEL MORA-CONTRERAS; and SHANE STAGGS,<br><br>             Plaintiffs,<br><br>    v.<br><br>COLETTE PETERS; DOUG YANCEY; MEGHAN LEDDY; ZACHARY GOULD; CRAIG PRINS; JERRY PLANTE; JEREMY NOFZIGER; AND JOHN DOES 1-5,<br><br>             Defendants. | Case No.  6:18-CV-00678-SB<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

Defendants Colette Peters, Doug Yancey, Meghan Leddy, Zachary Gould, Craig Prins, Jerry Plante, Jeremy Nofziger hereby give notice that Nathaniel Aggrey, Assistant Attorney General, is now an additional counsel of record in this proceeding.  Shannon Marie Vincent, Senior Assistant Attorney General, continues as lead counsel.

Page 1 -   NOTICE OF ASSOCIATION OF COUNSEL
           SMV/bl2/9503068-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

The address for the receipt of all correspondence and pleadings remains the same.

DATED March  28 , 2019.

                                      Respectfully submitted,

                                      ELLEN F. ROSENBLUM
                                      Attorney General


                                        *s/ Nathaniel Aggrey*
                                      SHANNON M. VINCENT  #054700
                                      Senior Assistant Attorney General
                                      NATHANIEL AGGREY  #172283
                                      Senior Assistant Attorney General
                                      Trial Attorneys
                                      Tel (503) 947-4700
                                      Fax (503) 947-4791
                                      shannon.m.vincent@doj.state.or.us
                                      nathaniel.aggrey@doj.state.or.us
                                      Of Attorneys for Defendants

Page 2 -   NOTICE OF ASSOCIATION OF COUNSEL
        SMV/bl2/9503068-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791